JOHN P. ZIGMUND v. STATE OF NEW JERSEY, DEPARTMENT
OF THE TREASURY, DIVISION OF PENSIONS, TEACHERS
PENSION AND ANNUITY FUND.

November 18, 1985.

Petition for certification denied.


ANGEL HERNANDEZ v. HOWARD L. BEYER, SUPERINTEND-
ENT STATE PRISON, TRENTON.

November 18, 1985.

Petition for certification denied.


STATE OF NEW JERSEY v. DOUGLAS OVERTON.

November 18, 1985.

Petition for certification denied.


STATE OF NEW JERSEY v. PAUL AUGE, A/K/A
WALTER GOTTSABAND.

November 18, 1985.

Petition for certification denied.